IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>TERRY DAVID STARRETT,<br><br>Defendant. | MJ 21-06-M-KLD<br><br><br>ORDER |

Defendant Terry David Starrett has filed an unopposed motion to vacate the detention hearing currently set for January 12, 2021 at 9:00 a.m. (Doc. 11.) Good cause appearing, IT IS HEREBY ORDERED that the detention hearing is VACATED.

DATED this 11th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1